[No. 2166–2.  Division Two.  April 18, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE PEOPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C–4972, Hewitt A. Henry, J., entered November 21, 1975. *Reversed* by unpublished opinion per

Reed, J., concurred in by Petrie, C.J., and Johnson, J. Pro Tem.